UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIU KIRK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CRUISE LINES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 3:23-cv001057-VAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

Plaintiff Dariu Kirk and Defendant American Cruise Lines, Inc., by their attorneys hereby notify the Court that the parties have reached an agreement to settle Plaintiff's claims. Each party will bear its own costs and fees. The parties anticipate all aspects of settlement will be finalized within forty-five (45) days of the filing of this Notice. At such time the parties will file a Notice of Dismissal with Prejudice.

Respectfully submitted,

DATE: August 18, 2025

/s/ Jeffrey B. Sand
**Weiner & Sand LLC**
Jeffrey B. Sand
6065 Roswell Road, Suite 700-121
Sandy Springs, Georgia 30328
T: 404.205.5029
F: 866.800.1482
E: js@wsjustice.com


**Francis Mailman Soumilas, P.C.**
James A. Francis
Lauren KW Brennan
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000
E: jfrancis@consumerlawfirm.com
E: lbrennan@consumerlawfirm.com

Sarah Poriss, Esq.
777 Farmington Avenue
West Hartford, CT 06119
T: 860-233-0336
F: 866-424-4880
E: sarahporiss@prodigy.net
Fed. Bar No. Ct24372

*Attorneys for Plaintiff*

/s/ Michael J. Dugan
Michael J. Dugan
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
T: 860.413.2800
F: 860.413.2801
E: dugan@litchfieldcavo.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DARIU KIRK, on behalf of himself and all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | C.A. NO. 3:23-cv001057-VAB |
| **AMERICAN CRUISE LINES, INC.,** ) ) | |
| **Defendant.** ) ) ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date below, I filed the foregoing via the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

DATED: August 18, 2025                             /s/ *Jeffrey B. Sand*